UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY NOBLE,<br><br>            Plaintiff(s),<br><br>     v.<br><br>BEIS LLC,<br><br>            Defendant(s). | CASE NO. C26-5149-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

Finding good cause, the Court GRANTS the parties' stipulated motion to extend Defendant's deadline to respond to the complaint.  Dkt. No. 11.  Defendant's response to the complaint is due no later than March 27, 2026.

Dated this 3rd day of March, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1