THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY NOBLE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BÉIS, LLC,

Defendant.

No. 3:26-cv-05149-KKE

ORDER GRANTING STIPULATED MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE JOINT STATUS REPORT AND RELATED DATES

Now before the Court is the parties' stipulated motion to further extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint, and to continue the Joint Status Report and related dates. Dkt. No. 15. The Court GRANTS the parties' stipulated motion (Dkt. No. 15) and HEREBY VACATES the previous early case deadlines (Dkt. No. 9) and ORDERS as follows:

1.     Defendant shall answer, move, or otherwise respond to the Complaint by May 29, 2026;

2.     The time for the Parties to submit the Combined Joint Status Report and

ORDER GRANTING STIPULATED MOTION TO FURTHER
EXTEND TIME - 1
CASE NO. 3:26-cv-05149-KKE

Discovery Plan to the Court is continued from May 20, 2026, to June 19, 2026;

3.    The time to complete the FRCP 26(f) conference is extended to May 29, 2026; and

4.    The date for the Parties' Initial Disclosures pursuant to FRCP 26(a)(1) is extended to June 12, 2026.

Dated this 10th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO FURTHER
EXTEND TIME - 2
CASE NO. 3:26-cv-05149-KKE